# IN THE UNITED STATES DISTRICT COURT
# OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JASON LEOPOLD,**<br>6824 Lexington Avenue<br>Los Angeles, CA 90038<br><br>**BUZZFEED INC.,**<br>111 East 18th Street, 13th Floor<br>New York, NY 10003<br><br>   **Plaintiffs,**<br><br>   v.<br><br>**U.S. DEPARTMENT OF JUSTICE,**<br>950 Pennsylvania Ave NW<br>Washington, DC 20530<br><br>   **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

1.  Plaintiffs, JASON LEOPOLD and BUZZFEED INC., bring this Freedom of Information Act suit to force Defendant U.S. DEPARTMENT OF JUSTICE to produce various records pertaining to the federal government's sale of the sole copy of the Wu-Tang Clan album "Once Upon a Time in Shaolin." This album was forfeited as a "substitute asset in connection with the approximately $7.4 million forfeiture money judgment (Forfeiture Money Judgement) entered against Martin Shkreli at his March 2018 sentencing."[1] In violation of the Freedom of Information Act, DOJ has failed to produce the records promptly and has failed to provide an estimated date of completion.

## PARTIES

---

[1] Press Release, U.S. Attorney's Office, Eastern Division of New York, Department of Justice, United States Sells Unique Wu-Tang Clan Album Forfeited by Convicted Hedge Fund Manager Martin Shkreli (Jul. 27, 2021), https://www.justice.gov/usao-edny/pr/united-states-sells-unique-wu-tang-clan-album-forfeited-convicted-hedge-fund-manager.

2. Plaintiffs JASON LEOPOLD and BUZZFEED INC. are members of the media and made the FOIA request at issue in this case.

3. Defendant U.S. DEPARTMENT OF JUSTICE ("DOJ") is a federal agency and subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

4. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

5. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## AUGUST 4, 2021 FOIA REQUEST

6. On August 4, 2021, Plaintiffs submitted the following request to Criminal Division of DOJ:

> [1] A copy of the receipt of sale of the album, Once Upon A Time in Shaolin, by the recording group Wu Tang Clan [sic]. To be clear, I am not interested in any disclosure of [personal] identifiable information (PII). Any PII [] may be redacted;
>
> [2] A copy of the contract and/or terms of sale by the government of Once Upon A Time in Shaolin;
>
> [3] Any and all photographs and video in possession of the Asset Recovery Section of Once Upon A Time in Shaolin;
>
> [4] Any and all legal memos, opinions and guidance provided to Asset Recovery Section relating or referring to the sale of Once Upon A Time in Shaolin;
>
> [5] Any and all communications, such as text message, emails, letters, sent and received by officials in the Asset Recovery Section and the Office of the Criminal Division mentioning or referring to Wu Tang Clan [sic] and Once Upon A Time in Shaolin; [and]
>
> [6] Any and all records sent and received by officials in the Asset Recovery Section and the Justice Department's Office of Public Affairs relating or referring to the draft and final version of the press release announcing the sale of Once Upon A Time in Shaolin. https://www.justice.gov/usao-edny/pr/united-states-sells-unique-wu-tang-clan-album-forfeited-convicted-hedge-fund-manager.

Exhibit 1.

7. On August 16, 2021, Criminal Division of DOJ acknowledged receipt of the request and assigned reference number CRM-301666195 to the matter. Criminal Division also determined that the request was misdirected and forwarded the request to Executive Office for United States Attorneys (EOUSA) for processing and direct response to Plaintiffs. Exhibit 2.

8. On August 16, 2021, after receiving Criminal Division's determination letter, and to ensure that the request was processed by EOUSA, Plaintiffs submitted a FOIA request to EOUSA for "[r]ecords regarding Wu-Tang Clan and Once Upon A Time in Shaolin" through EOUSA's online FOIA portal. Exhibit 3.

9. On August 17, 2021, Plaintiffs appealed Criminal Division's denial. Specifically, Plaintiffs appealed that Criminal Division failed to search the Asset Recovery Section within the Criminal Division for records responsive to the request. Exhibit 4.

10. On August 17, 2021, EOUSA acknowledged receipt of the August 16 request and assigned reference number EOUSA-2021-002953 to the matter. Exhibit 5.

11. On September 10, 2021, DOJ affirmed Criminal Division's response and stated that Criminal Division "does not maintain" the requested records. Exhibit 6.

12. On September 27, 2021, Plaintiffs sought an estimated date of completion for the request from EOUSA. Exhibit 7.

13. On September 28, 2021, EOUSA stated that the request has been "tasked to the Eastern District of New York to search for responsive documents" and that the search is "still ongoing." EOUSA did not provide an estimated date of completion. Exhibit 8.

14. DOJ's Press Release stated, "Forfeiture matters related to Shkreli's sentence were handled by Assistant United States Attorneys Laura D. Mantell and Claire S. Kedeshian of the newly formed Asset Recovery Section in the Office's Criminal Division." Press Release, U.S. Attorney's Office, Eastern Division of New York, Department of Justice, United States Sells

Unique Wu-Tang Clan Album Forfeited by Convicted Hedge Fund Manager Martin Shkreli (Jul. 27, 2021), https://www.justice.gov/usao-edny/pr/united-states-sells-unique-wu-tang-clan-album-forfeited-convicted-hedge-fund-manager.

15. Criminal Division of DOJ has not conducted a reasonable search for records responsive to the request.

16. EOUSA has not issued a determination to the Plaintiff's FOIA request and has failed to produce records responsive to the request.

17. As of the date of this Complaint, Criminal Division and EOUSA of DOJ have not complied with FOIA and have produced no records responsive to the request. Further, EOUSA has not complied with the statutory requirement under 5 U.S.C. § 552(a)(7)(B)(ii) to furnish an estimated completion date when requested.

## COUNT I – FAILURE TO ISSUE A DETERMINATION

18. The above paragraphs are incorporated herein.

19. The request seeks the disclosure of agency records and was properly made.

20. DOJ and its components are federal agencies and subject to FOIA.

21. within its scope one or more records or portions of records that are not exempt.

22. DOJ, through EOUSA, has failed to issue a determination within the statutory deadline.

## COUNT II – FAILURE TO CONDUCT A REASONABLE SEARCH

23. The above paragraphs are incorporated herein.

24. The request seeks the disclosure of agency records and was properly made.

25. DOJ and its components are federal agencies and subject to FOIA.

26. Criminal Division and DOJ have failed to conduct a reasonable search for records responsive to the request within the Asset Recovery Section.

## COUNT III –FAILURE TO PRODUCE RECORDS

27. The above paragraphs are incorporated herein.

28. The request seeks the disclosure of agency records and was properly made.

29. DOJ and its components are federal agencies and subject to FOIA.

30. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

31. DOJ and its components have failed to produce non-exempt records responsive to the request.

**WHEREFORE**, Plaintiffs ask the Court to:

    i. declare that DOJ has violated FOIA;

    ii. order DOJ to conduct a reasonable search for records;

    iii. order DOJ to issue a determination;

    iv. order DOJ to produce all non-exempt requested records or portions of records;

    v. enjoin DOJ from withholding non-exempt public records under FOIA;

    vi. award Plaintiffs attorneys' fees and costs; and

    vii. award such other relief the Court considers appropriate.

Dated: October 12, 2021

- 6 -

RESPECTFULLY SUBMITTED,

/s/ *Matthew V. Topic*

Attorney for Plaintiffs
JASON LEOPOLD,
BUZZFEED INC.

Matthew Topic, D.C. Bar No. IL 0037
Joshua Burday, D.C. Bar No. IL 0042
Merrick Wayne, D.C. Bar No. IL 0058
Shelley Geiszler D.C. Bar No. IL 0087
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com