Exhibit 1



# Request for records under the Freedom of Information Act

1 message

**Jason Leopold** <jasonleopold@gmail.com> Wed, Aug 4, 2021 at 11:19 AM
Reply-to: jasonleopold@gmail.com
To: CRM FOIA <CRM.FOIA@usdoj.gov>

This is a request for records under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 and the Privacy Act, 5 U.S.C. § 552a. This request should be considered under both statutes to maximize the release of records.

REQUESTER INFORMATION
Name: Jason Leopold
Position: Investigative Reporter
Address: 1669 Benedict Canyon Dr., Beverly Hills, CA 90210
Email: jasonleopold@gmail.com

RECORDS SOUGHT

I request disclosure from the Asset Recovery Section in the Office of the Criminal Division the following records:

1. A copy of the receipt of sale of the album, Once Upon A Time in Shaolin, by the recording group Wu Tang Clan. To be clear, I am not interested in any disclosure of personable identifiable information (PII). Any PII information may be redacted.

2. A copy of the contract and/or terms of sale by the government of Once Upon A Time in Shaolin.

3. Any and all photographs and video in possession of the Asset Recovery Section of Once Upon A Time in Shaolin.

4. Any and all legal memos, opinions and guidance provided to Asset Recovery Section relating or referring to the sale of Once Upon A Time in Shaolin.

5. Any and all communications, such as text messages, emails, letters, sent and received by officials in the Asset Recovery Section and the Office of the Criminal Division mentioning or referring to Wu Tang Clan and Once Upon A Time in Shaolin.

6. Any and all records sent and received by officials in the Asset Recovery Section and the Justice Department's Office of Public Affairs relating or referring to the draft and final version of the press release announcing the sale of Once Upon A Time in Shaolin. https://www.justice.gov/usao-edny/pr/united-states-sells-unique-wu-tang-clan-album-forfeited-convicted-hedge-fund-manager

Reasonably Foreseeable Harm. The FOIA Improvement Act of 2016 amended the FOIA as follows (5 USC 552(a)(8)):

(A) An agency shall—

(i) withhold information under this section only if—

(I) the agency reasonably foresees that disclosure would harm an interest protected by an exemption described in subsection (b); or

(II) disclosure is prohibited by law; and

(ii) (I) consider whether partial disclosure of information is possible whenever the agency determines that a full disclosure of a requested record is not possible; and

(II) take reasonable steps necessary to segregate and release nonexempt information. . . .

The Asset Recovery Section should not fail to comply with this mandatory part of the FOIA as recently amended by Congress. The Agency is required to identify what reasonably foreseeable harm would flow from release of the information withheld, nor did it consider a partial disclosure of the information, taking reasonable steps to segregate and

release nonexempt information.

INSTRUCTIONS REGARDING SEARCH (for purposes of this search Office of the Criminal Division/Asset Recovery Section and components refers to the components within the Office of the Criminal Division/Asset Recovery Section that have been identified as having responsive records)

1. Instructions Regarding “Leads”:
As required by the relevant case law, the Asset Recovery Section and components should follow any leads it discovers during the conduct of its searches and perform additional searches when said leads indicate that records may be located in another system. Failure to follow clear leads is a violation of FOIA.

2. Request for Public Records:
Please search for any records even if they are already publicly available.

3. Request for Electronic and Paper/Manual Searches:
I request that searches of all electronic and paper/manual indices, filing systems, and locations for any and all records relating or referring to the subject of my request be conducted.

4. Request for Search of Filing Systems, Indices, and Locations:
I request that the Asset Recovery Section search all of its offices and components (if there are any), which are likely to contain responsive records.

5. Request regarding Photographs and other Visual Materials:
I request that any photographs or other visual materials responsive to my request be released to me in their original or comparable forms, quality, and resolution. For example, if a photograph was taken digitally, or if the Asset Recovery Section and components maintain a photograph digitally, I request disclosure of the original digital image file, not a reduced resolution version of that image file nor a printout and scan of that image file. Likewise, if a photograph was originally taken as a color photograph, I request disclosure of that photograph as a color image, not a black and white image. Please contact me for any clarification on this point.

6. Request for Duplicate Pages:
I request disclosure of any and all supposedly “duplicate” pages. Scholars analyze records not only for the information available on any given page, but also for the relationships between that information and information on pages surrounding it. As such, though certain pages may have been previously released to me, the existence of those pages within new context renders them functionally new pages. As such, the only way to properly analyze released information is to analyze that information within its proper context. Therefore, I request disclosure of all “duplicate” pages.

7. Request to Search Emails:
Please search for emails relating to the subject matter of my request.

8. Request for Search of Records Transferred to Other Agencies:
I request that in conducting its search, the Asset Recovery Section and components disclose releasable records even if they are available publicly through other sources outside the Asset Recovery Section and components, such as NARA.

9. Regarding Destroyed Records
If any records responsive or potentially responsive to my request have been destroyed, my request includes, but is not limited to, any and all records relating or referring to the destruction of those records. This includes, but is not limited to, any and all records relating or referring to the events leading to the destruction of those records.

INSTRUCTIONS REGARDING SCOPE AND BREADTH OF REQUESTS
Please interpret the scope of this request broadly. The Asset Recovery Section and components are instructed to interpret the scope of this request in the most liberal manner possible short of an interpretation that would lead to a conclusion that the request does not reasonably describe the records sought.

FORMAT

I request that any releases stemming from this request be provided to me in digital format (soft-copy) on a compact disk or other like media.

FEE CATEGORY AND REQUEST FOR A FEE WAIVER

I am the senior investigative reporter for BuzzFeed News and formerly senior investigative reporter and on-air correspondent for VICE News. Additionally, my reporting has been published in The Guardian, The Wall Street Journal, The Financial Times, Salon, CBS Marketwatch, The Los Angeles Times, The Nation, Truthout, Al Jazeera English and Al Jazeera America.

I request a complete waiver of all search and duplication fees. If my request for a waiver is denied, I request that I be considered a member of the news media for fee purposes.

Under 5 U.S.C. §552(a)(4)(A)(iii), "Documents shall be furnished without any charge ... if disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester." Disclosure in this case meets the statutory criteria, as the records sought to detail the operations and activities of government. This request is also not primarily in my commercial request, as I am seeking the records as a journalist to analyze and freely release to members of the public.

If I am not granted a complete fee waiver, I request to be considered a member of the news media for fee purposes. I am willing to pay all reasonable duplication expenses incurred in processing this FOIA request.

I will appeal any denial of my request for a waiver administratively and to the courts if necessary.
--

BuzzFeed News

**Jason Leopold** | **BuzzFeed News** | Senior Investigative Reporter | (213) 270-4334 | @jasonleopold
6824 Lexington Avenue, Los Angeles, CA 90038
**Signal**: (213) 270-4334 and (646) 379-1975
**Send me documents and tips, anonymously and securely**: tips.buzzfeed.com
My personal PGP
My BuzzFeed PGP fingerprint: 46DB 0712 284B 8C6E 40FF 7A1B D3CD 5720 694B 16F0



**U.S. Department of Justice**

Criminal Division

*Office of Enforcement Operations* *Washington, D.C. 20530*

**VIA Electronic Mail** August 16, 2021

Mr. Jason Leopold
1669 Benedict Canyon Drive
Beverly Hills, CA 90210
Jasonleopold@gmail.com

Request No. CRM-301666195
Subject: Records regarding Wu-Tang Clan and Once Upon A Time in Shaolin

Dear Mr. Leopold:

The Criminal Division acknowledges receipt of your Freedom of Information Act request dated August 4, 2021. Your request was received in this Office on August 4, 2021. In that request, you asked for access to records concerning the above-mentioned subject. Your request has been assigned file number CRM-301666195. You should refer to this number in any future correspondence with this Office.

As this case was prosecuted by a United States Attorney's Office, this Office determined that your request for records concerning this prosecution was misdirected to the Criminal Division. The Executive Office for United States Attorneys (EOUSA) is the U.S. Department of Justice component responsible for responding to Freedom of Information Act and Privacy Act requests for information maintained by U.S. Attorneys' Offices. Hence, your request has been routed to EOUSA for processing and a direct response to you. You should contact EOUSA directly at the following address if you have any questions about the status of your routed request.

FOIA/Privacy Staff
Executive Office for United States Attorneys
U.S. Department of Justice
Suite 5.400
3CON Building
175 N Street, NE
Washington, DC 20530

As there is no further action for this Office to take on your request, your request file is being administratively closed in this Office.

As to your request for a fee waiver, your request is moot as there are no fees associated with this request.

You may contact our FOIA Public Liaison at the (202) 616-0307 for any further assistance and to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration

Exhibit 2

to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with the Criminal Division's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account on the following website: https://foiastar.doj.gov. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Sarah A. Westenberg

Digitally signed by Sarah A. Westenberg
Date: 2021.08.16 14:16:47 -04'00'

Amanda Marchand Jones
Chief
FOIA/PA Unit

eousafoia.usdoj.gov/app/Creat



Request - EOUSA-2021-002953

Inbox (0) Compose Message Sent Messages Withdraw Request Back

**Requester Details**

To modify request details please update your requester profile or contact the our office for assistance.

**Jason Leopold**
Investigative Reporter
1669
Beverly Hills, CA 90210
Phone 2132704334
jasonleopold@gmail.com

Requester Default Category: Other

**Request Details**

| | |
|---|---|
| Date Requested | 08/16/2021 |
| Status | Assigned for Processing |

Exhibit 3


eousafoia.usdoj.gov/app/Creat
Status
Assigned for Processing
General Information
Action Office
EOUSA
Request Type
FOIA
Delivery Mode
--------------Select--------------
Request Information
Description
Records regarding Wu-Tang Clan and Once Upon A Time in Shaolin
Date Range for Record Search: From(mm/dd/yyyy)

Status: Closed

**Appeal**

**Appeal Information**

| | | | |
|---|---|---|---|
| Received Date | 08/17/2021 | Agency | OIP |
| | | Document Delivery Method | Email |

**Request Information**

| | |
|---|---|
| Request Number | CRM-301666195 |
| Component | Criminal |

**Basis for Appeal**

| | |
|---|---|
| Description of Appeal | I appeal this decision in its totality. I appeal denial of my request and the failure of the criminal division Asset Recovery Section to search for responsive records, which I specifically described in my initial request.<br><br>Please conduct a search for the records I described in the Asset Recovery Section.<br><br>Best,<br>Jason |
| Based on Denial of Fee Waiver | No |
| Based on Denial of Expedited Processing | No |
| Requester Item Type 1 | |
| Requester Items 1 | |
| Requester Item Type 2 | |
| Requester Items 2 | |
| Requester Item Type 3 | |
| Requester Items 3 | |

**Requester Contact Information**

| | | | |
|---|---|---|---|
| Salutation | Mr. | Address Type | Home |
| First Name | Jason | Country | United States |
| Middle Name | | Address Line 1 | 1669 Benedict Canyon Drive |
| Last Name | Leopold | Address Line 2 | |
| Email Address | jasonleopold@gmail.com | City | Beverly Hills |
| Organization | BuzzFeed News | State | California |
| Register Number | | Zip/Postal Code | 90210 |
| Phone Number | 2132704334 | | |
| Fax Number | | | |
| Other Information | | | |

**Expedited Processing Information**

| | |
|---|---|
| Expedited Processing Requested? | No |

Powered

Exhibit 4



**U.S. Department of Justice**

Executive Office for United States Attorneys

Freedom of Information and Privacy Staff

*Suite 5.400, 3CON Building*
*175N Street, NE*
*Washington, DC 20530*

*(202) 252-6020*

August 17, 2021

VIA

Mr. Jason Leopold
Investigative Reporter
1669
Benedict Canyon Drive
Beverly Hills, CA 90210
jasonleopold@gmail.com

Re: Request Number: EOUSA-2021-002953
Subject of Request: sale of the album, Once Upon A Time in Shaolin, by the recording group Wu Tang Clan.

Dear Jason Leopold:

This letter acknowledges receipt of your Freedom of Information Act/**Privacy Act** (FOIA) request in the Executive Office for United States Attorneys (EOUSA). Your request has been assigned the above tracking number. Please refer to this number in any future correspondence with this Office.

*Please be advised that due to necessary operational changes as a result of the national emergency concerning the novel coronavirus disease (COVID-19) outbreak, there may be some delay in the processing of your request.*

The records you seek require a search in one or more field offices and potentially involves voluminous records and/or requires consultation with another agency/component with a substantial interest in the subject-matter and therefore falls within "unusual circumstances." *See* 5 U.S.C.S § 552(a)(6)(B)(i)-(iii). Accordingly, we are extending the time limit to respond to our request beyond the ten additional days provided by the statute. The time needed to process your request will necessarily depend on the complexity of our records search and on the volume and complexity of any records located. For your information, this Office assigns incoming requests to one of three tracks: simple, complex, or expedited. Each request is then handled on a first-in, first-out basis in relation to other requests in the same track. Simple requests usually receive a response in approximately 30 business days, whereas complex requests necessarily take longer. At this time, your request has been assigned to the complex track.

Exhibit 5

Under FOIA and Department of Justice regulations you may be required to pay certain costs associated with processing your request, including, searching for, reviewing, and duplicating requested records. Consequently, you may incur those costs, unless you have requested and been granted a waiver or reduction in fees. If you have requested a fee waiver, we have not yet made a decision on your request. We will do so after we determine whether the processing of your request will result in any assessable fees. In most instances, the first 100 pages to duplicate and the first two hours to search for records responsive to your request, will be provided to you free of charge. If after making those allowances, we determine that the cost to process your request will amount to more than $25.00, we will notify you in writing at a later date.[1] Requests that are specific, concrete and of limited scope (in time and/or subject matter) generally enable us to respond to you more quickly and possibly assess lower fees. To avoid delay and reduce any potential fees, we respectfully request that you modify and narrow the scope of your request (*See* Attachment).

You may contact our FOIA Public Liaison at the Executive Office for United States Attorneys (EOUSA) for any further assistance and to discuss any aspect of your request. The contact information for EOUSA is 175 N Street, NE, Suite 5.400, Washington, DC 20530; telephone at 202-252-6020. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

Kevin Krebs
Assistant Director

Attachment

**THIS IS NOT A BILL. DO NOT SEND MONEY**

Requester: Jason Leopold Request No. EOUSA-2021-002953

**CHOOSE ONE**

____ I wish to narrow my request in an attempt to obtain a quicker response and/or reduce fees as follows:

____ I understand that I am entitled to the first 100 pages and two hours of search time for free. Please do not search beyond two hours, nor duplicate beyond 100 pages.

____ I agree to pay up to the following amount for duplication and search time: $____________. **I understand that this payment is required even if no documents are located or released to me**. In the event that documents are located and released to me, I understand that I may be charged duplication fees in addition to search fees.

____I wish to withdraw my request.

______________________________ ___________________

Signature Date

Please return to:
EOUSA
FOIA/PA
175 N Street, NE, 5th Floor, FOIA Suite
Washington, DC 20530



**U.S. Department of Justice**
Office of Information Policy
*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

Jason Leopold

jasonleopold@gmail.com

Re: Appeal No. A-2021-02543
Request No. CRM-301666195
CDT:KHK

**VIA: Online Portal - 9/10/2021**

Dear Jason Leopold:

You appealed from the action of the Criminal Division of the United States Department of Justice on your Freedom of Information Act request for access to certain records concerning Wu-Tang Clan and Once Upon a Time in Shaolin. I note that your appeal concerns the Criminal Division's routing of your request.

After carefully considering your appeal, I am affirming the Criminal Division's action on your request. Please be advised that the Criminal Division forwarded your request to the Executive Office for United States Attorneys (EOUSA) for processing and direct response to you because the Criminal Division does not maintain the type of records that you are seeking. I have determined that the Criminal Division's response was correct. If you have any questions concerning the status of your request, please contact EOUSA directly. You may appeal any future adverse determination made by EOUSA in accordance with the instructions provided by EOUSA in its response to you.

Please be advised that this Office's decision was made only after a full review of this matter. Your appeal was assigned to an attorney with this Office who thoroughly reviewed and analyzed your appeal, your underlying request, and the action of the Criminal Division in response to your request.

If you are dissatisfied with my action on your appeal, the FOIA permits you to file a lawsuit in federal district court in accordance with 5 U.S.C. §552(a)(4)(B).

For your information, the Office of Government Information Services (OGIS) offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; toll

Exhibit 6

free at 1-877-684-6448; or facsimile at 202-741-5769. If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office's FOIA Public Liaison for your appeal. Specifically, you may speak with the undersigned agency official by calling (202) 514-3642.

Sincerely,

X____________________________

Christina D. Troiani,
Associate Chief, for Matthew Hurd, Chief,
Administrative Appeals Staff



**Re: EOUSA-2021-002953 Acknowledgment Standard (COVID) - EOUSA-2021-002953**
1 message

**Jason Leopold** <jasonleopold@gmail.com> Mon, Sep 27, 2021 at 12:28 PM
Reply-To: jasonleopold@gmail.com
To: "Krebs, Kevin (USAEO)" <Kevin.Krebs@usdoj.gov>

May I have an estimated date of completion for this request?

Best,
Jason

Jason Leopold
BuzzFeed News
Senior Investigative Reporter
(213) 270-4334 (Signal)
@jasonleopold
6824 Lexington Avenue
Los Angeles, CA 90038
Send me documents and tips, securely and anonymously: tips.buzzfeed.com
PGP fingerprint: ACE4 2447 7163 6F94 4466 3591 5E7A E882 D89B DFFB
https://www.buzzfeednews.com/author/jasonleopold

On Tue, Aug 17, 2021, 2:32 PM <FOIA-no-reply@usdoj.gov> wrote:

> See attached.

Exhibit 7




**Fwd: Status Update**

---------- Forwarded message ---------
From: <FOIA-no-reply@usdoj.gov>
Date: Tue, Sep 28, 2021, 11:58 AM
Subject: Status Update
To: <jasonleopold@gmail.com>

Hello Jason,

We received your request for a status update. At this time your request has been tasked to the Eastern District of New York to search for responsive documents. The search is still ongoing. I have attached a copy of your request.

Best regards

**2021 Aug 4 Leopold, Jason.pdf**
175K

Exhibit 8